■ ROBERT F. DANBOIS, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Defendant, and INTERNATIONAL HARVESTER CO., Respondent.— Judgment unanimously affirmed, without costs of this appeal to either party. (Appeal from judgment of Jefferson Trial Term, dismissing plaintiff's complaint on the merits as to defendant Harvester Co. on a renewed motion at the close of the evidence.) Present — Williams, P. J., Goldman, McClusky, Halpern and Henry, JJ.

■ JENSS BUILDING CORPORATION, Appellant, v. STEPHEN NIKITAS, Respondent.— The Official Referee before whom the action was tried having died, and the attorneys having stipulated to amendment of the order as hereinafter provided, it is ordered that the order entered herein on October 19, 1961, is amended by substituting the provision: "Matter remitted to trial term of the Supreme Court for the purpose of making a decision in conformity with Sec. 440 of the Civil Practice Act on the record of the trial before the Official Referee", in place of the following provision of said order: "Matter remitted to the Official Referee before whom it was tried for the purpose of making a decision in conformity with Sec. 440 of the Civil Practice Act". Present — Williams, P. J., Bastow, McClusky and Henry, JJ.